No. 1573, Misc.  TEDDER v. PAGE, WARDEN.  Ct. Crim. App. Okla.  Certiorari denied.

No. 1705, Misc.  KEELEY v. McMANN, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 1772, Misc.  McKNIGHT v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 1778, Misc.  AUSTIN v. CITY AND COUNTY OF DENVER.  Sup. Ct. Colo.  Certiorari denied.

No. 1784, Misc.  STORK v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 1796, Misc.  GREEN ET AL. v. ALASKA.  Sup. Ct. Alaska.  Certiorari denied.

No. 1798, Misc.  MUSZALSKI v. FIELD, MEN'S COLONY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 1799, Misc.  RICE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 1800, Misc.  FAVELA v. UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 1802, Misc.  JONES v. RUSSELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 1804, Misc.,  CUSHWAY v. STATE BAR OF GEORGIA. Sup. Ct. Ga.  Certiorari denied.

No. 1805, Misc.  FAUSTIN v. UNITED STATES ET AL. C. A. 2d Cir.  Certiorari denied.

No. 1824, Misc.  CLINE v. MISSOURI.  Sup. Ct. Mo. Certiorari denied.